IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Timothy Rainey Ronell,<br><br>     Plaintiff,<br><br>v.<br><br>Rec Officer Cabbagestock; Mr. Stevenson; "Warden" M. Stephan; A/Warden Peeples; A. Warden Mr. Inabinet; Mr. Ramos; Ms. Warden; Director SCDC,<br><br>     Defendants. | C/A No. 0:20-871-DCN-PJG<br><br>**ORDER** |

Plaintiff filed this civil action in February 2020. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On October 2, 2020, the court entered an Amended Scheduling Order setting a dispositive motions deadline of November 30, 2020. (ECF No. 77.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **December 11, 2020** and advise the court as to whether the case is ready for trial. If any party intends to seek leave for an extension in which to file a dispositive motion after the expiration of the court's deadline as ordered, it must establish the requisite showings in accordance with the applicable Federal Rules of Civil Procedure and the Local Civil Rules of this court.

  **IT IS SO ORDERED.**

                  _Paige J. Gossett_

December 4, 2020          Paige J. Gossett
Columbia, South Carolina      UNITED STATES MAGISTRATE JUDGE